| | | | |
|---|---|---|---|
| Knoll v. Uku [55] | 08/02/201672 WAL (2016) | Denied | Pa.Super., 146 A.3d 1033 |
| Knoll v. Uku [56] | 08/02/201670 WAL (2016) | Denied | Pa.Super., 136 A.3d 1033 |
| Kodenkandeth v. Kodenkandeth | 07/19/2016108 WAL (2016) | Denied | Pa.Super., 141 A.3d 600 |
| Krichmar, In re Estate of; Krichmar, In re; Spigler, In re | 08/02/201694–95 EAL (2016) | Denied | Pa.Super., 135 A.3d 646 |
| M.E.B. v. J.D.J. | 07/19/2016393 MAL (2016) | Denied | |
| Maryland Cas. Co. v. McGrath [57] | 07/26/2016230 MAL (2016) | Denied | Pa.Super., 135 A.3d 662 |
| McKesson Corp. v. Campbell [58] | 08/04/201680 EAL (2016) | Denied | Pa.Super., 134 A.3d 502 |
| Oliver v. Ball [59] | 07/27/2016116 WAL (2016) | Denied | Pa.Super., 136 A.3d 162 |
| Payne, In re; Com., In re [60] | 08/03/201685 MAL (2016) | Denied | Pa.Super., 129 A.3d 546 |
| Pennlyco, Ltd. v. International Development Corp. | 07/19/2016138 MAL (2016) | Denied | Pa.Super., 134 A.3d 486 |

**55.** Justice WECHT did not participate in the consideration or decision of this matter.

**56.** Justice WECHT did not participate in the consideration or decision of this matter.

**57.** Justices WECHT and Justice MUNDY did not participate in the consideration or decision of this matter.

**58.** Justices DONOHUE and WECHT did not participate in the consideration or decision of this matter.

**59.** Justices DONOHUE and MUNDY did not participate in the consideration or decision of this matter.

**60.** Justices DONOHUE and MUNDY did not participate in the consideration or decision of this matter.